UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
GOLDRICH COUSINS P.C. 401(k)              :
Profit Sharing Plan & Trust, Individually and on :
Behalf of All Others Similarly Situated,  :
          Plaintiff,                  :
                                      :
        - against -                :  12 Civ. 4131 (RWS)
                                      :
FACEBOOK, INC., MARK ZUCKERBERG,          :  **NOTICE OF APPEARANCE**
DAVID A. EBERSMAN, DAVID M. SPILLANE,     :
MARC L. ANDREESEN, ERSKINE B. BOWLES,     :
JAMES W. BREYER, DONALD E. GRAHAM,        :
REED HASTINGS, PETER THIEL, MORGAN        :
STANLEY & CO. LLC; J.P. MORGAN            :
SECURITIES LLC; and GOLDMAN SACHS &       :
CO.,                                      :
          Defendants.                 :
                                      :
------------------------------------------x

     To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel.

     I certify that I am admitted to practice in this court.

1

Dated: New York, New York
         June 13, 2012

                        KIRKLAND & ELLIS LLP

                        By: */s/Brant W. Bishop, P.C.*
                            Brant W. Bishop, P.C.

                        655 Fifteenth Street, N.W.
                        Washington, D.C. 20005
                        Telephone: (202) 879-5000
                        Fax: (202) 879-5200
                        brant.bishop@kirkland.com